UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00163-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TWYLA WEAVER,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, May 16, 2008,** and responses to these motions shall be filed by **Tuesday, May 27, 2008.** It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, June 6, 2008, at 3:00 p.m. in courtroom A-1002** It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, June 16, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: April 25, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge