# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge David L. West

**Criminal No. 08-CR-00163-WYD**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. TWYLA WEAVER,**

**Defendant.**

---

### MINUTE ORDER SETTING COMPLIANCE REVIEW HEARING

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

At the request of the Probation Officer;

**IT IS HEREBY ORDERED** that this matter is set for Compliance Review Hearing before the Magistrate Judge in Durango, Colorado at 103 Sheppard Drive, Room 235, on **May 3, 2010 at 3:00 p.m.**

**IT IS FURTHER ORDERED** that failure of the Defendant to appear at that time will result in a warrant being issued for her arrest.

**DATED: April 26, 2010.**

                                            **BY THE COURT:**

                                            **s/David L. West**
                                            **United States Magistrate Judge**

---

### Certificate of Mailing

I hereby certify that on the 26th day of April, 2010, a true and correct copy of the foregoing

Minute Order was placed in the U. S. Mail, postage prepaid, to the following:

Todd Norvell, Esq.
Asst. U. S. Attorney
103 Sheppard Drive, Suite 215
Durango, Colorado 81303

Alex C. Tejada, Esq.
575 East College Drive
Durango, Colorado 81301

Twyla Weaver
P. O. Box 98
Ignacio, Colorado 81137

**By: s/Shirley W. Dills**
       **Assistant to Magistrate Judge**