UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00163-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TWYLA WEAVER,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set for **Tuesday, August 3, 2010 at 10:30 a.m.**

Dated: June 24, 2010