UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00163-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TWYLA WEAVER,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Due to problems transporting the defendant to the courthouse, the supervised release violation hearing set for Tuesday, August 3, 2010, at 10:30 a.m. is **RESET** to **Friday, September 10, 2010, at 1:30 p.m., in Courtroom A-1002.**

    Dated: August 3, 2010.